Danny J. Horen, Esq.
NV Bar No. 13153
Kazerouni Law Group, APC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (800) 400-6808x7
Facsimile: (800) 520-5523
danny@kazlg.com

David H. Krieger
Haines & Krieger, LLC
8985 S. Eastern Avenue, Ste. 130
Henderson, NV 89123
Telephone: (702) 880-5554
Facsimile: (702) 383-5518

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **JESUS CORONA,** | **Case No.:** 2:15-cv-00572-JCM-VCF |
| Plaintiff, | **STIPULATION TO DISMISS EQUIFAX INFORMATION SERVICES, LLC.** |
| v. | |
| **BANK OF AMERICA, N.A. AND EQUIFAX INFORMATION SERVICES, LLC..** | |
| Defendants. | |

///

///

///

///

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff JESUS CORONA and Defendant **EQUIFAX INFORMATION SERVICES, LLC.** ("Equifax") have reached settlement and agree to dismiss Plaintiff's claims against Equifax in the above-captioned matter, **with prejudice**. Each party will bear its own costs, disbursements, and attorney fees.

Dated: August 19, 2015

| KAZEROUNI LAW GROUP | SNELL & WILMER LLP |
|---|---|
| /s/ Danny J. Horen _____ | /s/ Paul Swenson Prior (w/ permission) |
| Danny Horen, Esq. | Paul Swenson Prior, Esq. |
| 7854 W. Sahara Avenue | 3883 Howard Hughes Pkwy, Ste. 1100 |
| Las Vegas, NV 89117 | Las Vegas, NV 89169 |
| 800-400-6808 | 702.784.5200 |
| Email: danny@kazlg.com | Email: sprior@swlaw.com |
| Attorney for Plaintiff | Attorney for Equifax |

IT IS SO ORDERED January 15, 2016.

_____
UNITED STATES DISTRICT JUDGE

2